# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MICHAEL ALAN STACY, ADC #127239,

        Plaintiff,

v.

        No. 4:17CV00136-SWW

MATT RICE, Sheriff of
Faulkner County; *et al.*

        Defendants.

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Amended Complaint (Doc. No. 5) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of April, 2017.

        /s/Susan Webber Wright

        UNITED STATES DISTRICT JUDGE